IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNELL WILLIAMS,

    Petitioner,                    No. 2: 10-cv-0364 KJM KJN P

    vs.

KATHLEEN L. DICKINSON,

    Respondent.                  <u>ORDER</u>

/

        On May 18, 2011, the court denied petitioner's application for writ of habeas corpus and ordered that a certificate of appealability would not issue. On June 1, 2011, petitioner filed a motion for a certificate of appealability addressed to the Ninth Circuit Court of Appeals. The undersigned construes this motion as a notice of appeal.

        Accordingly, IT IS HEREBY ORDERED that petitioner's motion for a certificate of appealability (Dkt. No. 20) is construed as a notice of appeal; the Clerk of the Court is directed to process petitioner's notice of appeal.

DATED: June 23, 2011

                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE

will364.app